# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 16-425-GW(DTBx) | Date | September 23, 2016 |
|---|---|---|---|
| Title | *Lincoln Benefit Life Insurance Company v. William Rosenthal* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On Plaintiff and Counter-Defendant Lincoln Benefit Life Insurance Company filed a Notice of Settlement.  The Court sets an Order to Show Cause re: Settlement Hearing for October 27, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on October 26, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                                            :

                                                            Initials of Preparer