JS - 6

Lauren G. Linde, State Bar No. 11349
llinde@sylvesteroppenheim.com
Richard. D. Oppenheim, Jr., State Bar No. 77647
roppenheim@sylvesteroppenheim.com
**SYLVESTER, OPPENHEIM & LINDE**
15910 Ventura Boulevard, Suite 1508
Encino, California 91436
Telephone:  (818) 461-8500
Facsimile:   (818) 461-8190

Attorneys for Plaintiff/Counter-Defendant, LINCOLN BENEFIT LIFE INSURANCE COMPANY, a Nebraska Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE INSURANCE COMPANY, a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROSENTHAL, an individual and DOES 1 through 10, Inclusive,<br><br>Defendants.<br><br>WILLIAM ROSENTHAL, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>LINCOLN BENEFIT LIFE INSURANCE COMPANY, a Nebraska Corporation and ROES 1 through 10, Inclusive,<br><br>Counter-Defendant. | CASE NO: **EDCV 16-425-GW(DTBx)**<br>[Hon. George H. Wu]<br><br>ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

1

[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The the claim brought by plaintiff Lincoln Benefit Life Insurance Company against Defendant William Rosenthal and the counter-claim of William Rosenthal against counter-defendant Lincoln Benefit Life Insurance Company are hereby dismissed.

2. Each party will bear their respective costs and attorney's fees as incurred against one another in connection with this action.

DATED: October 12, 2016

_____
Hon. George H. Wu
United States District Judge